# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2021

*The Court of Appeals hereby passes the following order:*

**A210843, A21A0844.  JENNIFER FOLEY AS ADMINISTRATOR et al. v. MARSH COVE APARTMENTS, LLC et al.; and vice versa.**

After we granted appellants' application for interlocutory appeal from a partial grant of defendants' motion to dismiss, appellants filed their notice of appeal below. On January 11, 2021, the appeal and defendants' cross-appeal were docketed as our Case Nos. A21A0843 and A21A0844.

Having reviewed the entire record and the relevant law, we now DISMISS the first appeal as IMPROVIDENTLY GRANTED, with the result that we lack jurisdiction over the cross-appeal, which is also DISMISSED. See *Robinson v. Robinson*, 174 Ga. App. 656, 657 (2) (331 SE2d 8) (1985) (even if the grant of an application for interlocutory appeal gave another party a right to pursue a direct cross-appeal, the jurisdictional basis of that cross-appeal "must be deemed to have disappeared with the dismissal of the main appeal").



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  08/24/2021
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.